No. 02–6714. IN RE ADKINS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 02–6171. IN RE PORTER; and
No. 02–6718. IN RE DUNN. Petitions for writs of mandamus denied.

No. 02–325. IN RE SELYUKOV ET AL. Petition for writ of prohibition denied.

No. 01–1806. ILLINOIS EX REL. RYAN, ATTORNEY GENERAL OF ILLINOIS *v.* TELEMARKETING ASSOCIATES, INC., ET AL. Sup. Ct. Ill. Certiorari granted.

No. 02–69. ROELL ET AL. *v.* WITHROW. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 02–271. DOW CHEMICAL CO. ET AL. *v.* STEPHENSON ET AL. C. A. 2d Cir. Motion of Product Liability Advisory Council for leave to file a brief as *amicus curiae* granted. Certiorari granted. JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition.

No. 01–10873. NGUYEN *v.* UNITED STATES ET AL.; and
No. 02–5034. PHAN *v.* UNITED STATES. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 284 F. 3d 1086.